Herbert Eugene KNUDSON,
Plaintiff–Appellant,

v.

ALLIANCE GAMING; et al.,
Defendants–Appellees.

No. 06–16309.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 16, 2007.*

Filed Jan. 18, 2007.

Herbert Eugene Knudson, Las Vegas, NV, pro se.

William E. Cooper, Esq., Law Office of William E. Cooper, Las Vegas, NV, for Defendants–Appellees.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

## MEMORANDUM **

We have reviewed the response to the court's October 17, 2006 order to show cause, and we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

